

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:         CLERK, U.S. BANKRUPTCY COURT

Re:         UNDISTRIBUTED FUNDS

Debtor:     DOUGLAS W LUBERTS
            416 EUCLID AVENUE, #1
            OAKLAND, CA 94610

Case No.:   SV03-17833-MT

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| BMW Financial Services<br>5515 Parkcenter Circle<br>Dublin, OH 43017 | $ 3,503.15 |

Dated:  August 20, 2009

Elizabeth Rojas, TRUSTEE

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0317833 | 01110128873 Claim #: 00036 | DOUGLAS W LUBERTS | 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 | 0.00 | 0.00 | 3,503.15 | 3,503.15 |
| | | TOTALS | | 0.00 | 0.00 | 3,503.15 | 3,503.15 |

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0773200  
Check Date: 08/19/2009  
Check Amt: 3,503.15

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

LUBERTS, DOUGLAS W  
01110128873  
Case No: 0317833

1st Business Bank  
ONE BUNKER HILL BLDG  
601 WEST FIFTH ST.

16-384  
1220

**CHECK DATE**: Aug 19, 2009  
**CHECK NO.**: 0773200  
**CHECK AMOUNT**: $******3,503.15  
VOID AFTER 60 DAYS

PAY ONLY 3,503.15  
THREE COMMA FIVE ZERO THREE PERIOD ONE FIVE

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $3,503.15

*Elizabeth F Rojas* (signature)

⑈0773200⑈ ⑆122038442⑆ 001 702130⑈