B10 (Official Form)Rev 6/91

| United States Bankruptcy Court<br>CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| In re(Name of Debtor) DOUGLAS LUBERTS | Case Number 03-17833 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor:<br>(The person or entity to whom the debtor owes money or property.)<br>**BMW BANK OF NORTH AMERICA, a wholly owned subsidiary of BMW FINANCIAL SERVICES NA, LLC** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br>**BMW FINANCIAL SERVICES NA, LLC**<br>**5515 PARKCENTER CIRCLE**<br>**DUBLIN, OHIO 43017**<br>Telephone No: 1-800-398-3939 EXT 7407<br>Shawnteé R. Jackson | ☐ Check box if you have never received any notice from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY. |
| Account or other number by which creditor identifies debtor:<br>1000062701 | Check here if this claim: ☐ replaces    a previously filed claim, dated: _____<br>                    ☐ amends | |

**1. BASIS FOR CLAIM:**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from _____ to _____

**2. DATE DEBT WAS INCURRED: NOVEMBER 20, 2001**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1)Unsecured nonpriority, (2)Unsecured Priority, (3)Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☒ **SECURED CLAIM $ 22,016.92**
Attach evidence of perfection of security interest
Brief Description of Collateral: 1999 Land Rover Discovery
☐ Real Estate    ☒ Motor Vehicle    ☐ Other (Describe)

Amount of arrearage and other charges included in secured claim above, if any $ **8,025.17 Pre-Petition**

☐ **UNSECURED NONPRIORITY CLAIM $**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM $**
Specify the priority of the claim.
- ☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. § 507 (a)(3)
- ☐ Contributions to an employee benefit plan -11 U.S.C. § 507 (a)(4)
- ☐ Up to $900 of deposits toward purchases, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507 (a)(6)
- ☐ Taxes or penalties of government units - 11 U.S.C. § 507 (a)(7)
- ☐ Other - 11 U.S.C. § § 507 (a)(2), (a)(5) - (Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**

| $ ———— | $22,016.92 | $ ———— | $ 22,016.92 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY.

| Date:<br>9/30/03 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*[signature]*<br>SHAWNTEE R. JACKSON, BANKRUPTCY SPECIALIST |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 and 3571.

Pocbankservprov.doc

# EXHIBIT "1"

B10 (Official Form)Rev 6/91

| United States Bankruptcy Court<br>CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| In re(Name of Debtor) DOUGLAS LUBERTS | Case Number 03-17833 |

FILED
2003 DEC 22 AM 11:51
CENTRAL [BANKRUPTCY COURT]
[CLERK OF COURT]
[DEPUTY CLERK]

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor:<br>(The person or entity to whom the debtor owes money or property.)<br>BMW BANK OF NORTH AMERICA, a wholly owned subsidiary of BMW FINANCIAL SERVICES NA, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Addresses Where Notices Should be Sent<br>BMW FINANCIAL SERVICES NA, LLC<br>5515 PARKCENTER CIRCLE<br>DUBLIN, OHIO 43017<br>Telephone No: 1-800-398-3939 EXT 7467<br>Shawntee R. Jackson | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>THIS SPACE IS FOR COURT USE ONLY. |
| Account or other number by which creditor identifies debtor:<br>1000062701 | Check here if this claim: ☐ replaces  ☒ amends  a previously filed claim, dated: 10/06/2003 |

| 1. BASIS FOR CLAIM:<br>☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensations (Fill out below)<br>Your social security number<br>Unpaid compensations for services performed<br>from _____ to _____ |
|---|---|
| 2. DATE DEBT WAS INCURRED: NOVEMBER 20, 2001 | 3. IF COURT JUDGMENT, DATE OBTAINED: |

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1)Unsecured nonpriority, (2)Unsecured Priority, (3)Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

| ☒ SECURED CLAIM $ 20,475.00<br>Attach evidence of perfection of security interest<br>Brief Description of Collateral: 1999 Land Rover Discovery<br>☐ Real Estate  ☒ Motor Vehicle  ☐ Other (Describe)<br><br>Amount of arrearage and other charges included in secured claim above, if any $ 8,025.17 Pre-Petition, $2,315.44 Post-Petition<br><br>☐ UNSECURED NONPRIORITY CLAIM $<br>A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim. | ☐ UNSECURED PRIORITY CLAIM $<br>Specify the priority of the claim.<br>☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. § 507 (a)(3)<br>☐ Contributions to an employee benefit plan -11 U.S.C. § 507 (a)(4)<br>☐ Up to $900 of deposits toward purchases, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507 (a)(6)<br>☐ Taxes or penalties of government units - 11 U.S.C. § 507 (a)(7)<br>☐ Other - 11 U.S.C. § § 507 (a)(2), (a)(5) - (Describe briefly) |
|---|---|

| 5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED: | $ ——————<br>(Unsecured) | $20,475.00<br>(Secured) | $ ——————<br>(Priority) | $ 20,475.00<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date:<br>12/16/03 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>_[signature]_<br>SHAWNTEE R. JACKSON, BANKRUPTCY SPECIALIST | THIS SPACE IS FOR COURT USE ONLY. |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 and 3571.
Poobankserv prov.doc

EXHIBIT "2"

B10 (Official Form)Rev 6/91

| United States Bankruptcy Court<br>CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| In re(Name of Debtor) DOUGLAS LUBERTS | Case Number 03-17833 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor:<br>(The person or entity to whom the debtor owes money or property.)<br>BMW BANK OF NORTH AMERICA, a wholly owned subsidiary of BMW FINANCIAL SERVICES NA, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br>BMW FINANCIAL SERVICES NA, LLC<br>5515 PARKCENTER CIRCLE<br>DUBLIN, OHIO 43017<br>Telephone No: 1-800-398-3939 EXT 7407<br>Shawnteé R. Jackson | ☐ Check box if you have never received any notice from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY. |
| Account or other number by which creditor identifies debtor:<br>1000062701 | ☒ replaces<br>Check here if this claim:    a previously filed claim, dated: 12/22/2003<br>☐ amends | |

| 1. BASIS FOR CLAIM:<br>☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensations (Fill out below)<br>Your social security number<br>Unpaid compensations for services performed<br>from          to |
|---|---|
| 2. DATE DEBT WAS INCURRED: NOVEMBER 20, 2001 | 3. IF COURT JUDGMENT, DATE OBTAINED: |

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1)Unsecured nonpriority, (2)Unsecured Priority, (3)Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

| ☒ SECURED CLAIM $ 17,650.00<br>Attach evidence of perfection of security interest<br>Brief Description of Collateral: 1999 Land Rover Discovery<br>☐ Real Estate   ☒ Motor Vehicle   ☐ Other (Describe)<br><br>Amount of arrearage and other charges included in secured claim above, if any $ 8,025.17 Pre-Petition, $3,736.23 Post-Petition<br><br>☒ UNSECURED NONPRIORITY CLAIM $ 2,825.00<br>A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim. | ☐ UNSECURED PRIORITY CLAIM $_____<br>Specify the priority of the claim.<br>☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. § 507 (a)(3)<br>☐ Contributions to an employee benefit plan -11 U.S.C. § 507 (a)(4)<br>☐ Up to $900 of deposits toward purchases, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507 (a)(6)<br>☐ Taxes or penalties of government units - 11 U.S.C. § 507 (a)(7)<br>☐ Other - 11 U.S.C. § § 507 (a)(2), (a)(5) - (Describe briefly) |
|---|---|

| 5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED: | $ 2,825.00<br>(Unsecured) | $17,650.00<br>(Secured) | $_____<br>(Priority) | $ 20,475.00<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br>7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY. |
|---|---|
| Date:<br>1/26/04 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>SHAWNTEÉ R. JACKSON, BANKRUPTCY SPECIALIST |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 and 3571.
Pocbankservprov.doc

EXHIBIT "3"



Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| IN RE: | CHAPTER 13 CASE NO. 03-17833-MT |
|---|---|
| DOUGLAS W LUBERTS | NOTICE OF INTENT TO PAY CLAIM |
| Debtor | (Change of Creditor Address) |

NOTICE IS HEREBY GIVEN TO DEBTOR AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed Creditor has changed its address. The Trustee intends to pay claims of the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at Clerk of the Court, 21041 Burbank Blvd., Woodland Hills, CA 91367-1367 AND to the Chapter 13 Trustee at the above address, by the Debtor, Creditor or any other party in interest within fifteen (15) days from the date of this notice.

| PREVIOUS ADDRESS | CURRENT ADDRESS |
|---|---|
| BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIRCLE<br>DUBLIN, OH 43017 | BMW FINANCIAL SERVICES NA, LLC<br>5550 BRITTON PARKWAY<br>HILLIARD, OH 43026 |

THE ABSENCE OF A WRITTEN OBJECTION, TIMELY FILED WITH THE COURT AND PROPERLY SERVED, IS DEEMED AN APPROVAL BY THE DEBTOR, CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIMS AS LISTED ABOVE.

DATE: December 11, 2008                                  /s/ Elizabeth Rojas
                                                          _____
                                                          Elizabeth Rojas, TRUSTEE

## EXHIBIT "4"

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on December 12, 2008, I served the within document(s) on all parties in interest listed below, by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows:

DOUGLAS W LUBERTS
416 EUCLID AVENUE, #1
OAKLAND, CA 94610

PATRICIA SAID, ESQ
13443 MC CORMICK STREET
SHERMAN OAKS, CA 91401

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-1367

BMW FINANCIAL SERVICES
5515 PARKCENTER CIRCLE
DUBLIN, OH 43017

BMW FINANCIAL SERVICES NA, LLC
5550 BRITTON PARKWAY
HILLIARD, OH 43026

Executed at Sherman Oaks, California on December 12, 2008.

_____
Ellen Heery
Claims Administrator

Page 2 - Case No. 03-17833-MT

# EXHIBIT "4"